# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-0999-S |
| 86.8684 ETH FROM CHANGENOW ACCOUNT CONTAINING ETHEREUM ADDRESS 0xE6d503962cE577279EEBf54 FfDCD2536FAbB6401 | § § § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **GRANTS** Plaintiff United States of America's Motion for Default Judgment and Final Judgment of Forfeiture [ECF No. 10].

**SO ORDERED.**

SIGNED December 15, 2025.

_____
**UNITED STATES DISTRICT JUDGE**